**Opinion issued March 3, 2022**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

**NO. 01-22-00004-CV**

―――――――――――――

**THE ESTATE OF CATHRYN G. FIFE, DECEASED**

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0079001**

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a certificate of conference in his motion, appellant's motion includes a certificate of

service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Farris.